**EXHIBIT "A"**




**null / ALL**
**Transmittal Number: 23351319**
**Date Processed: 06/16/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Claims Manager<br>Peerless Insurance Company<br>100 Liberty Way<br>Dover, NH 03820-4597 |

| | |
|---|---|
| **Entity:** | Ohio Security Insurance Company<br>Entity ID Number 2315969 |
| **Entity Served:** | Ohio Security Insurance Company |
| **Title of Action:** | Dollar Plus & Beauty, Inc. vs. Ohio Security Insurance Company |
| **Matter Name/ID:** | Dollar Plus & Beauty, Inc. vs. Ohio Security Insurance Company (11320458) |
| **Document(s) Type:** | Notice and Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Philadelphia County Court of Common Pleas, PA |
| **Case/Reference No:** | 003091 May 2021 |
| **Jurisdiction Served:** | Massachusetts |
| **Date Served on CSC:** | 06/14/2021 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | Liberty Mutual on 06/14/2021 |
| **How Served:** | Client Direct |
| Sender Information: | Vincent Doto<br>215-568-2900 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

Jonathan Wheeler, Esquire
jwheeler@wdblegal.com
Anthony DiUlio, Esquire
adiulio@wdblegal.com
Mario Barnabei, Esquire
mbarnabei@wdblegal.com
Michael J. Casper, Esquire
mcasper@wdblegal.com
Vincent J. Doto, Esquire
vdoto@wdblegal.com
Alisa Thammavong, Esquire*
athammavong@wdblegal.com

Admitted to PA & NJ Bars
*Admitted to PA Bar only




THE PROPERTY DAMAGE ATTORNEYS

www.wdblegal.com

PHILADELPHIA OFFIC
215.568.2900
215.568.2901
1617 JFK Boulevard
Suite 1270
Philadelphia, PA 19103

NEW JERSEY OFFICE
856.874.1447
215.568.2901
1040 Kings Highway North
Suite 205
Cherry Hill, NJ 08034

E-mail: vdoto@wdblegal.com

June 7, 2021

Ohio Security Insurance Company
175 Berkeley Street
Boston, MA 02117

RE: Dollar Plus & Beauty, Inc. v. Liberty Mutual
DOL:
Loss Address: 55 Downey Drive, Horsham, PA 19044

Dear Sir or Madam:

Enclosed please find a true and correct copy of Plaintiff's Civil Action Complaint filed against you in Court. Please be advised that you have twenty (20) days in which to respond to this Complaint, pursuant to the Pennsylvania Rules of Civil Procedure, otherwise a default judgment may be filed against you.

Kindly forward this Complaint to your attorney immediately.

Sincerely,

/s/ *Vincent Doto*
VINCENT DOTO

VIA CERTIFIED AND REGULAR MAIL
NO.: 7018 1130 0001 4471 1836

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
MAY 2021 003091
E-Filing Number: 2105054848

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DOLLAR PLUS & BEAUTY, INC. | OHIO SECURITY INSURANCE COMPANY |
| PLAINTIFF'S ADDRESS<br>55 DOWNEY DRIVE<br>HORSHAM PA 19044 | DEFENDANT'S ADDRESS<br>175 BERKELEY STREET<br>BOSTON MA 02117 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1

TOTAL NUMBER OF DEFENDANTS: 1

COMMENCEMENT OF ACTION
- [X] Complaint
- [ ] Writ of Summons
- [ ] Petition Action
- [ ] Transfer From Other Jurisdictions
- [ ] Notice of Appeal

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [X] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [X] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
JUN 03 2021
S. RICE

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DOLLAR PLUS & BEAUTY, INC.

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>VINCENT DOTO | ADDRESS<br>1617 JFK BLVD<br>SUITE 1270<br>PHILADELPHIA PA 19103 |
| PHONE NUMBER<br>(215)568-2900<br>FAX NUMBER<br>(215)568-2901 | |
| SUPREME COURT IDENTIFICATION NO.<br>326037 | E-MAIL ADDRESS<br>VDOTO@WDBLEGAL.COM |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*VINCENT DOTO* | DATE SUBMITTED<br>Thursday, June 03, 2021, 04:36 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

MAJOR CASE
JURY TRIAL DEMANDED
ASSESSMENT OF DAMAGES HEARING REQUIRED

Filed and Attested by the
Office of Judicial Records
03 JUN 2021 04:36 pm
S. RICE

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Vincent Doto, Esquire
Attorney I.D. No.: 326037
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: (215) 568-2900
Email: vdoto@wdblegal.com

Attorney for Plaintiff

| | |
|---|---|
| DOLLAR PLUS & BEAUTY, INC.<br>55 Downey Drive<br>Horsham, PA 19044<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY<br>175 Berkeley Street<br>Boston, MA 02117 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

MAJOR CASE
JURY TRIAL DEMANDED
ASSESSMENT OF DAMAGES REQUIRED.

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Vincent Doto, Esquire
Attorney I.D. No.: 326037
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: (215) 568-2900
Email: vdoto@wdblegal.com

Attorney for Plaintiff

| | |
|---|---|
| DOLLAR PLUS & BEAUTY, INC.<br>55 Downey Drive<br>Horsham, PA 19044<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY<br>175 Berkeley Street<br>Boston, MA 02117 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>DOCKET NO. |

**CIVIL ACTION COMPLAINT (1C - Contract)**

1. Plaintiff, Dollar Plus & Beauty, Inc. (hereinafter, referred to as "Plaintiff"), is a business entity which operates at the address set forth above.

2. Defendant, Liberty Mutual Insurance (hereinafter, referred to as "Defendant"), is a corporation duly organized and existing which is authorized to conduct business as an insurance company within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at the address set forth above and regularly issues policies of insurance within the City and County of Philadelphia.

3. Defendant, in its regular course of business issued to Plaintiff a policy of insurance ("the Policy") covering Plaintiff's property located at 55 Downey Drive, Horsham, PA 19044 ("the Property"). A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as Exhibit "A."

4. On or about 6/2/2021, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a

peril insured against under the Policy, resulting in damage to the insured premises and those areas.

5. Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6. Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7. Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00 but less than $75,000.00.

**COUNT I**
**In Assumpsit - Breach of Contract**

8. Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9. Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10. Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's Loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy and has refused to provide funds sufficient to bring Plaintiff's property to pre-loss condition.

11. Defendant's denial of coverage was made without a reasonable basis in fact.

12. Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

**WHEREFORE,** Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest and court costs.

**COUNT II**
**In Trespass - 42 Pa.C.S.A. §8371**

13. Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14. Defendant has engaged in bad faith conduct toward Plaintiff with respect to its adjustment of Plaintiff's covered Loss, in violation of 42 Pa.C.S.A. §8371 et seq.

15. In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiff's covered Loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees has engaged in the following conduct:

a. by sending correspondence falsely representing that Plaintiff's loss caused by a peril insured against under the Policy was not entitled to benefits due and owing under the Policy;

b. in failing to complete a prompt and thorough investigation of Plaintiff's claim before representing that such claim is not covered under the Policy;

c. in failing to pay Plaintiff's covered loss in a prompt and timely manner;

d. in failing to objectively and fairly evaluate Plaintiff's claim;

e. in conducting an unfair and unreasonable investigation of Plaintiff's claim;

f. in asserting Policy defenses without a reasonable basis in fact;

g. in flatly misrepresenting pertinent facts or policy provisions relating to coverages at issue and placing unduly restrictive interpretations on the Policy and/or claim forms;

h. in failing to keep Plaintiff or their representatives fairly and adequately advised as to the status of the claim;

i. in unreasonably valuing the loss and failing to fairly negotiate the amount of the loss with Plaintiff or their representatives;

j. in failing to promptly provide a reasonable factual explanation of the basis for the denial of Plaintiff's claim;

k. in unreasonably withholding policy benefits;

l. in acting unreasonably and unfairly in response to Plaintiff's claim;

m. in unnecessarily and unreasonably compelling Plaintiff to institute this lawsuit to obtain policy benefits for a covered loss, that Defendant should have paid promptly and without the necessity of litigation.

16. For the reasons set forth above, Defendant has acted in bad faith in violation of 42 Pa.C.S.A. §8371, for which Defendant is liable for statutory damages including interest from the date the claim was made in an amount equal to the prime rate of interest plus three percent, court costs, attorneys' fees, punitive damages, and such other compensatory and/or consequential damages as are permitted by law.

**WHEREFORE,** Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest, court costs, counsel fees and damages for delay.

WHEELER DIULIO & BARNABEI, P.C.

*BY:* *_/s/ Vincent Doto_*
VINCENT DOTO, ESQUIRE
Attorney for Plaintiff(s)

Date: 5/28/2021

**VERIFICATION**

I, Vincent Doto, counsel for Plaintiff, verify that the statements contained in the foregoing document are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

WHEELER DIULIO & BARNABEI, P.C.

*BY:* *__/s/ Vincent Doto*
VINCENT DOTO, ESQUIRE
Attorney for Plaintiff(s)

# EXHIBIT "A"



*Coverage Is Provided In:*
Ohio Security Insurance Company
**9450 Seward Road, Fairfield, Ohio 45014**

Policy Number:
**BZS (20) 58 23 02 24**
Policy Period:
**From 08/31/2019 To 08/31/2020**
*12:01 am Standard Time at Insured Mailing Location*

## Commercial Protector Common Policy Declarations

**Named Insured & Mailing Address**

DOLLAR PLUS & BEAUTY, INC
55 Downey Dr
Horsham, PA 19044

**Agent Mailing Address & Phone No.**

(610) 354-0111
UNITED ASIAN AGENCY INC
PO BOX 230
WAYNE, PA 19087-0230

58230224 003759 530

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** RETAIL VARIETY STORE

***In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.***

## SUMMARY OF COVERAGE PARTS AND CHARGES

These Declarations together with the Businessowners Coverage Form (and other applicable forms and endorsements, if any, issued to form a part of them) complete this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Commercial Protector | $3,538.00 |

***Total Charges for all of the above coverage parts:*** ***$3,538.00***
***Certified Acts of Terrorism Coverage: $18.00*** ***(Included)***

***Note: This is not a bill***

## IMPORTANT MESSAGES

- Equipment Breakdown Enhancement Is Included - See Policy Forms and Endorsements summary

27 of 170

Issue Date 07/02/19

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 21 01 08**

Case ID: 210503091



**Coverage Is Provided In:**
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BZS (20) 58 23 02 24**
Policy Period:
**From 08/31/2019 To 08/31/2020**
*12:01 am Standard Time at Insured Mailing Location*

## Common Policy Declarations

**Named Insured**

DOLLAR PLUS & BEAUTY, INC
55 Downey Dr
Horsham, PA 19044

**Agent**

(610) 354-0111
UNITED ASIAN AGENCY INC
PO BOX 230
WAYNE, PA 19087-0230

## SUMMARY OF LOCATION(S) AND PREMIUM(S)

0001 7159 Ogontz Ave, Philadelphia, PA 19138-2015 ***$3,120.00***

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 00 03 07 13 | Businessowners Coverage Form |
| BP 01 42 03 15 | Pennsylvania Changes |
| BP 01 91 07 02 | Pennsylvania Notice |
| BP 04 04 01 10 | Hired Auto and Non-Owned Auto Liability |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 04 97 01 06 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| BP 05 23 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| BP 05 77 01 06 | Fungi or Bacteria Exclusion (Liability) |
| BP 06 07 05 11 | Pennsylvania Changes - Defense Costs Endorsement |
| BP 15 04 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| BP 79 19 09 16 | Businessowners Property Extension Endorsement |
| BP 79 74 07 13 | Amendment of Pollution Exclusion (Premises) |
| BP 79 96 09 16 | Businessowners Liability Extension Endorsement |
| BP 81 15 03 11 | Exclusion - Asbestos |
| BP 82 37 08 15 | Equipment Breakdown Coverage Endorsement |
| BP 82 46 06 09 | Employment - Related Practices Liability Coverage |
| BP 88 04 03 14 | Exclusion - Professional Services (Real Estate Agents, Insurance Agents, Travel Agents, Financial Services, Computer Software, Insurance Operations) |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

Paul Condrin
President

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 21 11 16



**Coverage Is Provided In:**
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BZS (20) 58 23 02 24**

Policy Period:
**From 08/31/2019 To 08/31/2020**
*12:01 am Standard Time at Insured Mailing Location*

## Commercial Protector Common Policy Declarations

**Named Insured**

DOLLAR PLUS & BEAUTY, INC
55 Downey Dr
Horsham, PA 19044

**Agent**

(610) 354-0111
UNITED ASIAN AGENCY INC
PO BOX 230
WAYNE, PA 19087-0230

58230224 003759 530

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 88 12 03 14 | Data Compromise Coverage |
| BP 88 16 06 09 | Business Income Changes - 24 Hour Time Period |
| BP 88 54 03 11 | Supplemental Extended Reporting Periods - 60 Day Request |
| BP 88 77 07 13 | Identity Theft Administrative Services and Expense Coverage |
| BP 88 78 07 13 | Business Personal Property Limit - Automatic Increase |
| BP 88 90 03 14 | CyberOne Coverage |

of 170



*To report a claim, call your Agent or 1-800-362-0000*



*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BZS (20) 58 23 02 24**
Policy Period:
**From 08/31/2019 To 08/31/2020**
*12:01 am Standard Time at Insured Mailing Location*

## Commercial Protector Policy Declarations

**Named Insured**
DOLLAR PLUS & BEAUTY, INC

**Agent**
(610) 354-0111
UNITED ASIAN AGENCY INC



58230224 003759 530



## SUMMARY OF LIMITS AND CHARGES

**Businessowners Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Liability and Medical Expenses - Occurrence | 2,000,000 |
| Aggregate Limits of Insurance | |
| Products-Completed Operations | 4,000,000 |
| Other than Products-Completed Operations | 4,000,000 |
| Broadened Coverage For Damage To Premises Rented To You | 2,000,000 |
| Medical Expenses (Any One Person) | 15,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Businessowners Location(s) Total | $3,120.00 |
| Businessowners Other Coverage(s) Total | $400.00 |
| Certified Acts of Terrorism Coverage | $18.00 |

***Total Charges:*** ***$3,538.00***
*Note: This is not a bill*

of 170 31

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 22 01 08

Case ID: 210503091



*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BZS (20) 58 23 02 24**

Policy Period:
**From 08/31/2019 To 08/31/2020**
*12:01 am Standard Time at Insured Mailing Location*

## Commercial Protector Declarations Schedule

**Named Insured**

DOLLAR PLUS & BEAUTY, INC

**Agent**

(610) 354-0111
UNITED ASIAN AGENCY INC

## SUMMARY OF COVERAGES BY LOCATION

*0001 7159 Ogontz Ave, Philadelphia, PA 19138-2015*

**Property Characteristics**

**Description:**

**Construction:** Non-Combustible

**Business Personal Property Coverage**

**Occupancy:** Variety Stores

| DESCRIPTION | |
|---|---|
| Limit of Insurance | $156,060 |
| Covered Causes of Loss | |
| Special Form | |
| Deductible | $500 |
| Automatic Increase Business Personal Property | 2% |

*Premium* *$3,120.00*

## SUMMARY OF OTHER COVERAGES

**Employee Dishonesty Including Forgery and Alteration**

| DESCRIPTION | |
|---|---|
| Limit of Insurance | $25,000 |
| Number of Employees | 2 |
| Deductible | $500 |

*Premium* *Included*

*To report a claim, call your Agent or 1-800-362-0000*



*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BZS (20) 58 23 02 24**

Policy Period:
**From 08/31/2019 To 08/31/2020**
*12:01 am Standard Time at Insured Mailing Location*

## Commercial Protector Declarations Schedule

**Named Insured**

DOLLAR PLUS & BEAUTY, INC

**Agent**

(610) 354-0111
UNITED ASIAN AGENCY INC

## SUMMARY OF OTHER COVERAGES - continued

**Hired and Non-Owned Auto Liability**

| DESCRIPTION | |
|---|---|
| Coverage Characteristics | See Endorsement |

*Premium* *$153.00*

**Employment Related Practices**

| DESCRIPTION | |
|---|---|
| Aggregate Limit | $10,000 |
| Each Claim Limit | $10,000 |
| Number of Employees | 2 |
| Retroactive Date | 08/31/2017 |
| Deductible | $5,000 |
| Coinsurance | 0% |

*Premium* *$18.00*

**Property Extension Endorsement**

| DESCRIPTION |
|---|
| See Endorsement |

*Premium* *$10.00*

**Identity Recovery Coverage for Defined Individuals**

| DESCRIPTION |
|---|
| See Endorsement |

*Premium* *$12.00*

*To report a claim, call your Agent or 1-800-362-0000*



58230224 003759 530 of 170 33



*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BZS (20) 58 23 02 24**
Policy Period:
**From 08/31/2019 To 08/31/2020**
*12:01 am Standard Time at Insured Mailing Location*

## Commercial Protector Declarations Schedule

**Named Insured**

DOLLAR PLUS & BEAUTY, INC

**Agent**

(610) 354-0111
UNITED ASIAN AGENCY INC

## SUMMARY OF OTHER COVERAGES - continued

**Data Compromise Coverage**

DESCRIPTION
See Endorsement

| | Premium | Included |
|---|---|---|

CyberOne Coverage
DESCRIPTION
See Endorsement

| | Premium | Included |
|---|---|---|

| | *Total Premium* | *$207.00* |
|---|---|---|
| **Businessowners Location(s) Total** | | **$3,120.00** |
| **Businessowners Other Coverage(s) Total** | | **$400.00** |
| **Businessowners Schedule Total** | | **$3,520.00** |

**Saevang, Lai**

| | |
|---|---|
| **From:** | HOLegalMail <HOLegalMail@LibertyMutual.com> |
| **Sent:** | Monday, June 14, 2021 11:09 AM |
| **To:** | LibertySOP |
| **Subject:** | FW: Message from km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 |
| **Attachments:** | Skm554-49-021061414040.pdf |

Please upload to Litigation BB.

Thank you,
Alyssa