# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOLLAR PLUS & BEAUTY, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **OHIO SECURITY INSURANCE COMPANY** | : | **NO. 21-3135** |

## ORDER

**NOW**, this 26th day of October, 2021, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

/s/ TIMOTHY J. SAVAGE J.